**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Greensill Bank AG |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:** <br> ☐ Federal Employer Identification Number (EIN)  __ __ – __ __ __ __ __ __ __ <br> ☑ Other  508 IN 6/21 . Describe identifier  German Insolvency Proceeding Number . <br> **For individual debtors:** <br> ☐ Social Security number:  xxx – xx– ____ ____ ____ ____ <br> ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ____ ____ ____ ____ <br> ☐ Other _____ . Describe identifier _____ . |
| 3. | **Name of foreign representative(s)** | Dr. Michael C. Frege |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | In re Greensill Bank AG, No. 508 IN 6/21, Amtsgericht Bremen |
| 5. | **Nature of the foreign proceeding** | *Check one:* <br> ☑ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br> ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br> _____ <br> _____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) <br> ☐ Yes |

Debtor  **Greensill Bank AG**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 8. **Others entitled to notice** | Attach a list containing the names and addresses of: |
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Germany

**Debtor's registered office:**

48 Martinistrasse
Number        Street

_____
P.O. Box

Bremen                                    28195
City       State/Province/Region    ZIP/Postal Code

Germany
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City       State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

2-4 Neue Mainzer Strasse
Number        Street

_____
P.O. Box

Frankfurt/Main                          60311
City       State/Province/Region    ZIP/Postal Code

Germany
Country

10. **Debtor's website** (URL)    https://www.greensill-bank.com/en/home/

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☑ Other.  Specify: Foreign Commercial Bank

☐ Individual

Debtor  **Greensill Bank AG**
              Name

Case number (if known) _____

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

Upon information and belief, the Debtor's principal cash assets are located in this district, but the Debtor's assets are not located principally in one district. Further, filing in this district promotes the convenience of parties and the interests of justice because of the pending chapter 11 proceeding of Greensill Capital Inc. (Case No. 21-10561), an indirect wholly-owned subsidiary of the Debtor's direct parent corporation, Greensill Capital Pty Limited.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

_/s/ Frege_____           Michael Frege
Signature of foreign representative              Printed name

Executed on  04/19/2021
             MM / DD / YYYY

_/s/ Frege_____           _____
Signature of foreign representative              Printed name

Executed on  04/19/2021
             MM / DD / YYYY

**14. Signature of attorney**

/s/ D. Farrington Yates                         Date  04/20/2021
Signature of Attorney for foreign representative       MM / DD / YYYY

D. Farrington Yates
Printed name

Kobre & Kim LLP
Firm name

800 Third Avenue
Number    Street

New York                                          NY        10022
City                                              State     ZIP Code

(212) 488-1200                                    Farrington.Yates@kobrekim.com
Contact phone                                     Email address

2986586                                           NY
Bar number                                        State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3