# EXHIBIT A

**KOBRE & KIM LLP**
D. Farrington Yates
Victor S. Leung
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Farrington.Yates@kobrekim.com
Victor.Leung@kobrekim.com

*Counsel for the Petitioner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    GREENSILL BANK AG,<br><br>           Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 21-_____ (___)<br><br>Recognition Request Pending |

**ORDER GRANTING VERIFIED PETITIONS FOR RECOGNITION**
**OF FOREIGN PROCEEDING UNDER CHAPTER 15 AND**
**MOTION FOR ORDER GRANTING RELATED RELIEF**

Upon the *Verified Petitions for Recognition of Foreign Proceeding Under Chapter 15 and Motion for Order Granting Related Relief* (collectively, the "Verified Petition")[1] filed by the Petitioner, the appointed Insolvency Administrator and foreign representative for Greensill Bank AG ("Greensill Bank" or the "Debtor") and upon consideration of (i) the *Joint Verification of Dr. Michael C. Frege, As Duly Appointed Insolvency Administrator of Greensill Bank AG, and Dr. Charlotte Louise Schildt, As German Counsel to the Insolvency Administrator, in Support of Verified Petition for Recognition Under Chapter 15 and Motion for Order Granting Related Relief* and (ii) the *Declaration of Charlotte Louise Schildt in Support of Verified Petition for Recognition*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Verified Petition.

-1-

*Under Chapter 15 and Motion for Order Granting Related Relief* (together, the "Declarations"); and the Court having determined that the relief sought in the Verified Petition is in the best interests of the Debtor, its creditors and all parties in interest; and the Court having considered the evidence and statements regarding the Verified Petition in the documents filed with the Court and at the hearing on the Verified Petition (the "Hearing"); and the Court having determined that the legal, evidentiary and factual bases set forth in the documents filed with the Court, at the Hearing and in the Declarations establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY FOUND AND DETERMINED THAT:**

  A. The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings pursuant to Bankruptcy Rule 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

  B. This court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334. These are core proceedings pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. § 1410.

  C. This case was properly commenced pursuant to sections 1504, 1509, and 1515 of the Bankruptcy Code.

  D. The Verified Petition and associated filings meet the requirements of section 1515 of the Bankruptcy Code and Bankruptcy Rule 2002(q).

  E. The German Proceeding is a foreign proceeding within the meaning of section 101(23) of the Bankruptcy Code.

    F.      The German Proceeding is entitled to recognition by this Court pursuant to sections 1515 and 1517(a) of the Bankruptcy Code.

    G.      Greensill Bank's center of main interests is located in Germany and, therefore, the German proceeding is entitled to recognition as a foreign main proceeding pursuant to sections 1502(4) and 1517(b)(1) of the Bankruptcy Code.

    H.      The Petitioner is a person as defined in section 101(41) of the Bankruptcy Code and the duly appointed foreign representative of the Debtor with the meaning of section 101(24) of the Bankruptcy Code.

    I.      The relief sought in the Verified Petition is necessary to effectuate the purpose of chapter 15, and to protect the Debtor and the interests of its creditors and other parties in interest.

    J.      The Petitioner is entitled to the additional relief set forth herein pursuant to section 1521(a) of the Bankruptcy Code.

    K.      Notice of the Verified Petition, the Hearing, and the relief requested in the Verified Petition and at the Hearing was proper, adequate, sufficient and comported with due process under the circumstances, and no other or future notice is or shall be required.

Now, therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

    1.      The Verified Petition is GRANTED in its entirety. All objections and reservations of rights relating to the Verified Petition that have not been withdrawn, waived, or otherwise resolved are overruled in all respects on the merits and denied.

    2.      The German Proceeding is granted recognition as a foreign main proceeding pursuant to section 1517(b)(1) of the Bankruptcy Code.

    3.      The Petitioner is recognized as the foreign representative (as defined in section 101(24) of the Bankruptcy Code) of the Debtor.

    4.      The Petitioner is therefore afforded the relief set forth in section 1520 of the Bankruptcy Code in respect of the Debtor's assets in the United States.

5. Execution against Greensill Bank's assets as well as the commencement or continuation of any action or proceeding concerning Greensill Bank's assets, rights, obligations or liabilities is hereby stayed—pursuant to sections 1521(a)(1) and (2) of the Bankruptcy Code—to the extent any such action has not been stayed under sections 362 and 1520(a) of the Bankruptcy Code.

6. The right to transfer, encumber or otherwise dispose of any assets of the Debtor is hereby suspended—pursuant to section 1521(a)(3) of the Bankruptcy Code—to the extent any such right has not been suspended under sections 362 and 1520(a) of the Bankruptcy Code.

7. The Petitioner is entitled to seek or respond to discovery, examine witnesses, seek and take evidence, and deliver or obtain information concerning Greensill Bank's assets, affairs, rights, obligations, or liabilities pursuant to section 1521(a)(4) of the Bankruptcy Code.

8. The Petitioner is entrusted with the administration, realization, and distribution through the German Proceeding of all Greensill Bank's assets within or being monetized in the territorial jurisdiction of the United States, pursuant to sections 1521(a)(5) and 1521(b) of the Bankruptcy Code.

9. The Petitioner is authorized to take all actions necessary to effectuate the relief granted by this Order without notice or further order of the Court.

10. This Court retains jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to this Order, its implementation, or otherwise arising from or related to the cases.

11. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing.

Dated: May _____, 2021　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE