Hearing Date: **July 27, 2022, at 10:00 a.m., prevailing Eastern Time**
Objection Deadline: **July 20, 2022, at 4:00 p.m., prevailing Eastern Time**

**KOBRE & KIM LLP**
Adam M. Lavine
Victor S. Leung
800 Third Ave
New York, New York 10022
Tel: (212) 488-1200
Adam.Lavine@kobrekim.com
Victor.Leung@kobrekim.com

*Counsel for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    GREENSILL BANK AG,<br><br>        Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 21-10757 (mew) |

### NOTICE OF FOREIGN REPRESENTATIVE'S MOTION TO APPROVE STANDSTILL & FORBEARANCE AGREEMENT AND RELATED HEARING

**PLEASE TAKE NOTICE** that, on July 5, 2022, Dr. Michael C. Frege, in his capacity as the duly-appointed Insolvency Administrator and foreign representative (in such capacity, the "Foreign Representative") for Greensill Bank AG has filed the *Foreign Representative's Motion to Approve Standstill and Forbearance Agreement* (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, the Foreign Representative will rely upon the *Declaration of Dr. Marc Riede*.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled to take place on **July 27, 2022, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge, or as soon thereafter as counsel may be heard, at the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 617, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543"), the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances[1] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; (iii) be filed with the Clerk of the United States Bankruptcy Court, including (as applicable) electronically by attorneys who regularly practice before the Bankruptcy Court; and (iv) be served upon counsel for the Foreign Representative, so as to be so filed and received **no later than July 20, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be deemed uncontested and the relief requested may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if a timely opposition is filed and served.

---

[1] The Bankruptcy Court's procedure for telephonic appearances is available at: http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19

|  |  |
|---|---|
| Dated: July 5, 2022<br>New York, New York | Respectfully submitted,<br><br>*/s/ Adam M. Lavine*<br>**KOBRE & KIM LLP**<br>Adam M. Lavine<br>Victor S. Leung<br>800 Third Avenue<br>New York, New York 10022<br>Tel: (212) 418-1200<br>adam.lavine@kobrekim.com<br>victor.leung@kobrekim.com<br><br>*Counsel for the Foreign Representative* |